# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHEILA I. JERDING  
113 SOUTHVIEW DRIVE  SSN-xxx-xx-9834  
ROCHELLE, IL 61068

Case Number: 05-70118

Case filed on: 1/13/2005  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $26,483.37    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| 999 | SHEILA I. JERDING | 0.00 | 0.00 | 19.82 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 19.82 | 0.00 |
| 001 | ALPINE BANK & TRUST CO | 8,290.00 | 8,290.00 | 8,290.00 | 805.26 |
| 002 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | BLACKHAWK STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 8,290.00 | 8,290.00 | 8,290.00 | 805.26 |
| 001 | ALPINE BANK & TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | SHERMAN ACQUISITION DBA | 41,216.01 | 41,216.01 | 9,326.47 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 1,513.94 | 1,513.94 | 342.58 | 0.00 |
| 006 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 17,371.84 | 17,371.84 | 3,930.95 | 0.00 |
|  | Total Unsecured | 60,101.79 | 60,101.79 | 13,600.00 | 0.00 |
|  | Grand Total: | 70,391.79 | 70,391.79 | 23,909.82 | 805.26 |

Total Paid Claimant: $24,715.08  
Trustee Allowance: $1,768.29  
Percent Paid Unsecured: 22.63

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lydia S. Meyer  
　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009    By /s/Heather M. Fagan